```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 15614
    SHONTA A JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3330


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/29/2006 and was confirmed 04/23/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
UNION AUTO SALES           SECURED VEHIC   1471.00          64.20         685.80
UNION AUTO SALES           UNSECURED        199.82            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        375.68            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        313.38            .00            .00
UNITED COLLECTION BUREAU   UNSECURED        187.00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      10720.00            .00            .00
SBC AMERITECH              UNSECURED      NOT FILED           .00            .00
COMPUTER CREDIT            UNSECURED      NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI   UNSECURED      NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED      NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA   UNSECURED       2836.70            .00            .00
NATIONWIDE CREDIT CO       UNSECURED      NOT FILED           .00            .00
NCO-MEDCLR                 UNSECURED      NOT FILED           .00            .00
CRANDON EMERGENCY PHYSIC   UNSECURED      NOT FILED           .00            .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED           .00            .00
VILLAGE OF BRIDGEVIEW      UNSECURED        250.00            .00            .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00            .00
SOUTH SHORE EMERGENCY PH   UNSECURED      NOT FILED           .00            .00
CRESCENT RECOVERY LLC      UNSECURED       7464.97            .00            .00
SIDNEY ADAM                NOTICE ONLY   NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,323.00                       1,666.94
TOM VAUGHN                 TRUSTEE                                         169.62
DEBTOR REFUND              REFUND                                           35.43

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,621.99

PRIORITY                                       .00
SECURED                                     685.80

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 15614 SHONTA A JOHNSON
```

```
     INTEREST                                                  64.20
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,666.94
TRUSTEE COMPENSATION                                          169.62
DEBTOR REFUND                                                  35.43
                                 ---------------     ---------------
TOTALS                                  2,621.99            2,621.99
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                               /s/ Tom Vaughn
   Dated: 11/19/08           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```